## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF EASTERN TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| KARY LYMAN,<br><br>   Plaintiff,<br><br>v.<br><br>KOHLS DEPARTMENT STORES, INC.,<br><br>   Defendant. | Case No.  4:19-cv-00466-SDJ |

NOTICE IS HEREBY GIVEN that Plaintiff, Kary Lyman, and Defendant Kohls Department Stores, Inc., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal within the next sixty (60) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Defendant Kohls Department Stores, Inc.

Respectfully submitted this 28th day of January 2020,

            By:/s/Lisbeth K. Findsen
            Lisbeth K. Findsen, AZ #023205
            **PRICE LAW GROUP, APC**
            8245 N 85th Way
            Scottsdale, AZ 85258
            T: (818) 600-5575
            F: (818) 600-5475
            E:  beth@pricelawgroup.com
            *Attorneys for Plaintiff,*
            *Kary Lyman*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

William C. Petit
Attorney-In-Charge Texas Bar No. 24042289
Federal ID No. 695469
KELLEY DRYE
515 Post Oak Blvd., Suite 900
Houston, Texas 77027
T: (713) 355-5000
F: (713) 355-5001
E: wpetit@kelleydrye.com

Bridget M. Polloway (admitted pro hac vice)
Vincent P. Rao II (admitted pro hac vice)
Kelley Drye & Warren LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
Email: bpolloway@kelleydrye.com
vrao@kelleydrye.com

*Attorneys for Defendant*
*Kohl's Department Stores, Inc.*

/s/Natalie McGuire