# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF EASTERN TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| KARY LYMAN,<br><br>   Plaintiff,<br><br>v.<br><br>KOHLS DEPARTMENT STORES, INC.,<br><br>   Defendant. | Case No. 4:19-cv-00466-SDJ-KPJ<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT KOHLS DEPARTMENT STORES, INC., WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kary Lyman and Defendant Kohls Department Stores, Inc. ("Kohls"), by and through undersigned counsel, hereby stipulate that all claims against Kohls, shall be dismissed from this action with prejudice. The parties shall bear their own attorneys' fees and costs.

Respectfully submitted this 31st day of July 2020,

By:/s/Beth K. Findsen
Beth K. Findsen, TX #24002679
**PRICE LAW GROUP, APC**
8245 N 85th Way
Scottsdale, AZ 85258
T: (818) 600-5575
F: (818) 600-5475
E: beth@pricelawgroup.com
*Attorneys for Plaintiff,*
*Kary Lyman*

By:/s/ William C. Petit
William C. Petit
Attorney-In-Charge
Texas Bar No. 24042289
Federal ID No. 695469
KELLEY DRYE & WARREN, LLP
515 Post Oak Blvd., Suite 900
Houston, Texas 77027
T: (713) 355-5000
F: (713) 355-5001
E: wpetit@kelleydrye.com

Bridget M. Polloway
(admitted *pro hac vice*)
Vincent P. Rao II
 (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parisppany, NJ 07054
T: (973) 503-5900
F: (973) 503-5950
E: bpolloway@kelleydrye.com
E: vrao@kelleydrye.com

*Attorneys for Defendant*
*Kohl's Department Stores, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Trisha Scacchitti*