**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **KARY LYMAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 4:19-cv-466-SDJ-KPJ |
| | § | |
| **KOHL'S DEPARTMENT STORES, INC.,** | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

This matter is presently set for a show cause hearing before the undersigned on August 11, 2020. *See* Dkt. 40.

**IT IS HEREBY ORDERED** that the Parties' show cause hearing is hereby **CANCELLED**.

So ORDERED and SIGNED this 3rd day of August, 2020.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE